# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

JASON CONNORS-CAMP,

    Petitioner, : Case No. 3:07-cv-028

: District Judge Thomas M. Rose
  -vs-     Chief Magistrate Judge Michael R. Merz

ERNIE MOORE, Warden,

:

    Respondent.

**ORDER ADOPTING SUPPLEMENTAL REPORT AND RECOMMENDATIONS**

    The Court has reviewed the Supplemental Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. No. 15), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on July 25, 2007, hereby ADOPTS said Supplemental Report and Recommendations.

    It is therefore ORDERED that the Petition herein be dismissed with prejudice and Petitioner be denied any requested certificate of appealability and leave to appeal *in forma pauperis*.

August 9, 2007.                                **s/THOMAS M. ROSE**

                                              Thomas M. Rose
                                       United States District Judge